ORIGINAL

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Federal District of Hawaii

_____ Division

**FILED IN THE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

**JAN 3 0 2023**

at 12 o'clock and 00 min. P M
**John A. Mannle, Clerk**
CC: FILED ONLY

Carmela Lynn Jackson

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Superior Court of California
"Stanley Mosk Courthouse"
(See Attached) _Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☑ Yes ☐ No

CV23 00054 LEK WRP

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

"Transfer to Federal Court"

ATT. 1

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Carmela Lynn Jackson

Address    3600 A'olele

Honolulu    Hi.    96820

*City*    *State*    *Zip Code*

County    Honolulu

Telephone Number    (808) 201-7830

E-Mail Address    Ceelccve@yahoo.com, Carmelaj781@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Superior Court of California

Job or Title *(if known)*    "Stanley Mosk Courthouse

Address    111 North Hill Street

Los Angeles    Ca.    90012

*City*    *State*    *Zip Code*

County    Los Angeles

Telephone Number    (213) 830-0800

E-Mail Address *(if known)*    www.lacourts.gov

[X] Individual capacity    [X] Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

*City*    *State*    *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

[ ] Individual capacity    [ ] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

| | | |
|---|---|---|
| City | State | Zip Code |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

| | | |
|---|---|---|
| City | State | Zip Code |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

all civil Right including 638 Native American Peace Treaties I have 7 case opened in the Superior Court of California and My Daughter was Murdered. At just 8 weeks along, California Security followed and kicked My unborn Baby! 11-20-22.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Due to being raped, robbed, held hostage, poisoned, maced, shot with power washer, and threatened daily in California. I have a right to "Transfer to Federal Court" (Rule 40?)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. California was neglegent in Securing me "restraining orders" and a "right to a Speedy trail". These violations placed my 8 week fetus in jepeody. My baby was Murdered in California

III.  **Statement of Claim** By the Military, Homo-Homeland security, and Others! (sick entertainers inc. Shug knight!

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur? from July of 2022 to Current. along Metro Rail Lines, especially the D, A, E, and B Lines. Including Union Station and B-line Civic Center Exit!

B.  What date and approximate time did the events giving rise to your claim(s) occur? Everyday including 10-3-22, 11-1-22, 11-20-22

C.  What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) while Suing Keanu Charles Reeves, Beyonce, Eminem, Dierks Bentley, and other Mega Stars from "My Past." California attempted to silence me. These and other Stars Switched frequencies and "Medical Records." These Caused Millions of Americans to be infected By these "STARS." Yes Keanu Charles Reeves Infected me in the 4th Grade. by Poisoning my Milk, And Raping Me. He Gave Me Chicken Pox

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. yes, I was infected with chicken pox, Keanu (Philp) Charles Reeves raped me and his "Sperm Infected my Ovaries"! I woke to excruciating Vaginal pain and severe Bleeding. He philp Keanu Cut my toe, poisoned Hair supplies, lied and switched my Medical records, hired Car stuntswomen to Collide with my vehicle at speeds over 130 mphr. pinched nerves, fractured bones, stabed, dislocated sholder knee, contusions, bruises, concushion's, stitches, hired Police, sheriff, State patrols to Beat-lie-and Confine me and Much More including Genetically Modified Metalloid Poisoning to Pick UP ELLPF Frequencie Shocked to Death!

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Bring the "Evil Micro-Governmental Society" Before the Court. Have everyone tried under the "Democratic Process". All guilty Parties Serve "Federal Time". And all Currency Calculated, Since as early as 1-12-77 returned.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-30-23

Signature of Plaintiff    *Carmela Lynn Jackson*

Printed Name of Plaintiff    *Carmela Lynn Jackson*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

    City         State         Zip Code

Telephone Number    _____

E-mail Address    _____

Page 6 of 6

Attached 1

Defendant(s)/
Current Court
Case #

1.) 22 STCV 37162
2.) 22 STCV 37720
3.) 22 STCV 37675
4.) 22 STCV 37168
5.) 22 STCV 37114
6.) Case # Covering Carmela Lynn Jackson-V-
UAW, DFT, Perf etc.
7.) Case# Covering Carmelalynn Jackson-V-
Bank of America, Merrial Lynch, Huntington etc.